```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8-1-16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUBY FRANCIS,

          Plaintiff,

- against -

BOWERY RESIDENTS' COMMITTEE, INC.,

          Defendant.

ORDER

15-CV-7102 (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

The Court has reviewed the submissions from counsel in support of the proposed settlement of this action. (Doc. Nos. 22 and 24.) Based on the written submissions and discussions with the Parties during settlement negotiations, the Court finds that the proposed agreement is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 1999 (2d Cir. 2015). Accordingly the settlement is **APPROVED.**

Before this action can be closed, the Parties must execute the revised settlement agreement. **IT IS HEREBY ORDERED** that the Parties submit the signed agreement along with a propose stipulation and order of dismissal no later than **August 29, 2016.**

**SO ORDERED this 1st day of August 2016.**
New York, New York

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge